# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | |
|---|---|
| LISA DARLENE COCHRAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-00045 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Bryant |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Lisa Darlene Cochran's Motion for Judgment on the Administrative Record ("Motion"). (Doc. No. 16.) Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 23.) Subsequently, Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 24 at 20.) The Report was filed on June 22, 2016, and provided a period of fourteen days in which either party could file an objection. (*Id*.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 15th day of July, 2016.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT